UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| KATHRYN L. BERRY | ) | |
| | ) | |
| v. | ) | NO.2:10-CV-59 |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security | ) | |

**O R D E R**

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 19], it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED**, and that the plaintiff's motion for an attorney fee under 28 U.S.C. § 2412(d)(1)(A) in the amount of $2,475.00, costs in the amount of $350.00 and expenses in the amount of $17.13 is **GRANTED**. [Doc. 19]. Accordingly, a total sum of $2,842.13 is awarded to plaintiff's counsel, Harry J. Smith, Esq.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE